1014

**Charles S. HATFIELD, Petitioner, v. COM-MISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 8156.**

Circuit Court of Appeals, Sixth Circuit.

Nov. 7, 1939.

Sanders, Gravelle, Whitlock & Howrey, of Washington, D. C., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., J. P. Wenchel, of Washington, D. C., and Sewall Key and Claude R. Marshall, Sp. Assts. to Atty. Gen., for respondent.

Before HICKS, SIMONS, and ARANT, Circuit Judges.

PER CURIAM.

It is ordered that the petition for review filed herein be and the same is withdrawn and the appeal dismissed pursuant to motion of petitioner.

**Sidney M. HAUPTMAN, Trustee of the Charles Nelson Co., a Corporation, Debtor, Appellant, v. WELLS FARGO BANK & UNION TRUST CO., a Corporation, and UNION SECURITIES CORPORATION, Appellees.**

**No. 8863.**

Circuit Court of Appeals, Ninth Circuit.

Dec. 18, 1939.

Sterling Carr, of San Francisco, Cal., for appellant.

Sidney M. Ehrman, Albert M. Monaco and Heller, Ehrman, White & McAuliffe, all of San Francisco, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal in above cause dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court in this cause issue forthwith.

**Julia HEADLEY, Administratrix of the Estate of Albert Headley, Appellant, v. THE PENNSYLVANIA RAILROAD COMPANY, Appellee.**

**No. 7952.**

Circuit Court of Appeals, Sixth Circuit.

Nov. 10, 1939.

Harrison & Marshman, of Cleveland, Ohio, for appellant.

Squire, Sanders & Dempsey, of Cleveland, Ohio, for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This case was heard upon the transcript of the record and brief and argument of counsel for appellant,

On consideration whereof, it is ordered and adjudged that the order appealed from, entered July 31, 1937, be and the same is reversed upon the authority of Baltimore & Ohio R. Co. v. De Leone, 6 Cir., 289 F. 201, and the case is remanded for further proceedings.